### ANDREWS v. SIMS.

GILBERT, J. This being a claim case not respecting title to land, this court is without jurisdiction to decide it; and the case is transferred to the Court of Appeals, which has jurisdiction.

*All the Justices concur.*

No. 2127. JANUARY 14, 1921.

Claim. Before Judge Hammond. Columbia superior court. June 12, 1920.

*B. B. McCowen,* for plaintiff in error.

*Hamilton Phinizy* and *J. S. Watkins,* contra.